# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>JONATHAN C. WELLS,<br><br>           Defendant. | 2:12-cv-02041-GMN-VCF<br><br>**MINUTE ORDER**<br>[Mid-Century Insurance Company's Emergency Motion for Protective Order (#33), and Emergency Motion to Compel Discovery and Motion for Sanctions (#35)] |

Before the court is Mid-Century Insurance Company's Emergency Motion for Protective Order (#33), and Emergency Motion to Compel Discovery and Motion for Sanctions (#35).

Plaintiff's Emergency Motion for Protective Order (#33) was filed on Friday afternoon, July 12, 2013, seeking relief with respect to depositions set for Monday, July 15, 2013.  The court was not able to rule on this motion before the times scheduled for the depositions at issue.

On Sunday, July 14, 2013, defendant filed an Emergency Motion to Compel Discovery and Motion for Sanctions (#35).

IT IS HEREBY ORDERED as follows:

1. Defendant must file any Reply in support of Motion #35 on or before July 23, 2013,

2. A hearing on Defendant's Emergency Motion to Compel Discovery and Motion for Sanctions (#35) is set for 10:00 AM on Friday, July 26, 2013; and,

3. Before this hearing, counsel shall meet, confer and agree on dates, times and locations for taking the depositions of Shawn Ward and Kristin Ferren during the month of

August, 2013, in Las Vegas, Nevada.  If the parties cannot agree on these settings, during the August 2nd hearing, the court will order the dates, times and locations for these depositions.

IT IS FURTHER ORDERED Plaintiff's Emergency Motion for Protective Order (#33) is DENIED as moot.

DATED this 17th day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2